IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CV00-H-2122-S |
| SUMMITT ROOFING COMPANY, | ) | |
| DEFENDANT. | ) | |

ENTERED
JUL 2 3 2001

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

On December 14, 2001 the court entered default against defendant, with leave to plaintiff to prove its damages. The court has before it the July 17, 2001 motion for entry of default and the affidavit of Billy Davis filed the same day. The motion for entry of judgment requests judgment in the amount of $4,875.40 for delinquent contributions, with interest and liquidated damages through June 2001 of $103.92 (interest) and $975.08 (liquidated damages). The amounts requested are due and owing from defendant to plaintiff. Indeed the affidavit and its attachment clearly demonstrate that at least the amount sought is due and owing.

A separate final judgment will be entered.

DONE this **23rd** day of July, 2001.

SENIOR UNITED STATES DISTRICT JUDGE